# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TAMI L. YEUTTER, ) | |
| ) | 7:05CV5011 |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER FOR EXTENSION |
| ) | OF BRIEF DATE |
| JO ANNE BARNHART, ) | |
| Commissioner, Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court for consideration of the Plaintiff's Motion for Extension of Brief Date (Filing No. 16).

IT IS ORDERED:

1. The Plaintiff's Motion for Extension of Brief Date (Filing No. 16) is granted; and

2. The Plaintiff shall file her brief on or before January 30, 2006 to file her brief.

DATED this 26th day of January, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge