IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **TAMI L. YEUTTER,** | ) | **CASE NO. 7:05CV5011** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **Jo Anne B. Barnhart,** | ) | |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's unopposed motion to extend the deadline to file a brief to March 31, 2006 (Filing No. 19).

IT IS ORDERED:

1. The Defendant's motion to extend (Filing No. 19) is granted; and

2. The Defendant shall file its brief on or before March 31, 2006.

DATED this 14th day of March, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge